*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MARK MEALING                                                                   PLAINTIFF

vs.                      CASE NO. 3:11cv00026 JMM

DENSO MANUFACTURING ARKANSAS, INC.              DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge Jerome T. Kearney, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 6th day of March, 2012.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE